863 A.2d 535

**PENNSYLVANIA HUMAN RELATIONS COMMISSION,**
**On Behalf of Brian C. DAVIS, Appellant,**

v.

**ROBERT H. WISE MANAGEMENT and Gypsy**
**Lane Owners Association, Appellees.**

Supreme Court of Pennsylvania.

Dec. 22, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of December, 2004, the Order of Commonwealth Court is **AFFIRMED** and the motion to strike the name Robert Wise Management from the caption is **DENIED.**